**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    FEDERAL HOME LOAN MORTGAGE
10   CORPORATION,
11                 Plaintiff,                      No. C 12-03431 WHA
12        v.
13   JUAN CARLOS PINZON,                    **ORDER REMANDING ACTION**
14                 Defendant.
                                        /
15
16        This case came on for a regularly scheduled case management conference.  A last-minute

17   e-mail request from defendant to appear by telephone was **DENIED** due to the poor quality of

18   courtroom equipment and the Court's inability to accommodate the request.  At the conference,

19   counsel for plaintiff explained that this case was a duplicate of another action (No. C12-3450 SI)

20   with the same identical parties which had already been remanded by Judge Susan Illston to the

21   state court.  Both file numbers appear to be the same case, an unlawful detainer action removed

22   to this court by defendant Pinzon, and both deserve to be remanded.  For the foregoing reasons,

23   this action is hereby **REMANDED** (again) to the Superior Court of the State of California for the

24   County of Contra Costa.

25        The Clerk shall **CLOSE** this file.

26        **IT IS SO ORDERED.**

27
28   Dated:  October 4, 2012
                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE