IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL HOME LOAN MORTGAGE CORPORATION,

    Plaintiff,

v.

JUAN CARLOS PINZON,

    Defendant.

No. C 12-03431 WHA

**ORDER REMANDING ACTION**

This case came on for a regularly scheduled case management conference. A last-minute e-mail request from defendant to appear by telephone was **DENIED** due to the poor quality of courtroom equipment and the Court's inability to accommodate the request. At the conference, counsel for plaintiff explained that this case was a duplicate of another action (No. C12-3450 SI) with the same identical parties which had already been remanded by Judge Susan Illston to the state court. Both file numbers appear to be the same case, an unlawful detainer action removed to this court by defendant Pinzon, and both deserve to be remanded. For the foregoing reasons, this action is hereby **REMANDED** (again) to the Superior Court of the State of California for the County of Contra Costa.

The Clerk shall **CLOSE** this file.

**IT IS SO ORDERED.**

Dated: October 4, 2012

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE